UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERICA CESKO,<br><br>                  PLAINTIFF,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>                  DEFENDANT. | CASE NO.: 4:11-CV-5703-LB<br><br>~~[PROPOSED]~~ ORDER GRANTING MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>HON. LAUREL BEELER |

Based upon the Joint Motion for Dismissal, and good cause appearing, this Court hereby orders the entire action to be, and hereby is, dismissed with prejudice.

IT IS SO ORDERED.

Dated:  January 11, 2012

_____
Hon. Laurel Beeler
UNITED STATES DISTRICT JUDGE